| | |
|---|---|
| 1 | ANDREW M. PURDY, ATTORNEY AT LAW |
| 2 | Andrew M. Purdy (CA Bar No. 261912) |
| 3 | 15615 Alton Parkway, Suite 450 |
| 4 | Irvine, CA 92618 |
|   | Tel: (949) 570-5500 |
| 5 | Fax: (949) 298-7234 |
|   | amp@purdylegal.com |
| 6 | |
| 7 | [Additional Counsel on Signature Page] |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Casey's Distributing, Inc., on behalf of itself and all others similarly situated, | Case No. 3:21-cv-09905-JS |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| vs. | |
| National Football League, Inc., National Football League Properties, Inc., NFL Enterprises, LLC, Arizona Cardinals Football Club LLC, Atlanta Falcons Football Club, LLC, Baltimore Ravens Limited Partnership, Buccaneers Team LLC, Buffalo Bills LLC, Carolina Panthers, LLC, The Chicago Bears Football Club, Inc., Chargers Football Company, LLC, Cincinnati Bengals, Inc., Cleveland Browns Football Company, LLC, Dallas Cowboys Football Club, Ltd., Detroit Lions Inc., Football Northwest LLC, Green Bay Packers, Inc., Houston NFL Holdings, L.P., Indianapolis Colts, Inc., Jacksonville Jaguars LLC, Kansas City Chiefs Football Club, Inc., Las Vegas Raiders Football LLC, Miami Dolphins Ltd., Minnesota Vikings Football LLC, New England Patriots LLC, New Orleans Louisiana Saints, LLC, New York Football Giants Inc., New York Jets Football Club, Inc. PDB Sports, Ltd. d/b/a Denver Broncos Football Club, The Philadelphia Eagles Football Club Inc., Pittsburgh Steelers Sports Inc., The Rams Football Company LLC, San Francisco | |

1  Forty Niners II, LLC, Tennessee Football, Inc., Washington Football, Inc., and Fanatics, Inc.,

2           Defendants.

3  This Document Relates to:

4      -   3:21-cv-09908-SK

5      -   3:22-cv-00586-SK

6      -   3:22-cv-00855-SK

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, non-parties Natalie Hastings, Louis Hibbs, Dean Santos, Lesia Dunn, and Kimberly Ann Marckmann (collectively, the "Consumer Plaintiffs"), through counsel, respectfully submit this administrative motion for the Court to consider whether *Hastings v. National Football League, Inc., et al.*, No. 3:21-cv-09908-SK (N.D. Cal.), *Hibbs v. National Football League, Inc., et al.*, No. 3:22-cv-00586-SK (N.D. Cal.), and *Santos, et al., v. Football League, Inc., et al.*, No. 3:22-cv-00855-SK (N.D. Cal.) (collectively, the "Consumer Actions"), recently filed in this District, should be related to the above-captioned action.

Under Local Rule 3-12(a), "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both elements are satisfied here.

The newly filed Consumer Actions are related to the above-captioned action because they concern the same defendants, the same or similar events, and the same or similar legal claims. Like the instant action, the Consumer Actions allege that the above-captioned defendants conspired to dominate the retail market for online sales of NFL-licensed merchandise. All cases allege that Defendants colluded to boycott competing retailers who sold NFL-licensed merchandise through third-party online marketplaces ("TPOMs") like the Amazon Marketplace and entered exclusive dealing arrangements that denied their competitors access to manufacturers and suppliers.

The main difference between this action and the Consumer Actions is that this action is brought on behalf of sellers of NFL-licensed merchandise, whereas the newly-filed actions are brought on behalf of consumers who purchased NFL-licensed merchandise.

| | |
|---|---|
| 1 | Given the common defendants and allegations, adjudication of these actions separately would create an unduly burdensome duplication of labor and expense. For example, many similar issues will arise during dispositive briefing and discovery. Assignment of these cases to a single judicial officer will conserve judicial resources and eliminate the potential for conflicting decisions. |

For the reasons set forth above, the Consumer Plaintiffs respectfully request that the Court deem the case related and assigned to Magistrate Judge Joseph Spero for all purposes. Counsel for the Consumer Plaintiffs has conferred with Defendants' counsel, who state that they do not oppose the relief requested.

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | |
|---|---|
| Dated: February 18, 2022 | /s/ Spencer Cox |

**BURNS CHAREST LLP**
Christopher J. Cormier
(Admitted Pro Hac Vice)
Spencer Cox (Admitted Pro Hac Vice)
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002
ccormier@burnscharest
scox@burnscharest

   -and-

Warren T. Burns (Admitted Pro Hac Vice)
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com

   -and-

Patrick Murphree (*Pro Hac Vice* to be Filed)
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
Fax: (504) 881-1765
pmurphree@burnscharest.com

**ANDREW M. PURDY, ATTORNEY AT LAW**
Andrew M. Purdy (SBN 261912)
amp@purdylegal.com
15615 Alton Parkway
Tel: (949) 570-5500
Fax: (949) 298-7234
amp@purdylegal.com

**GIRARD SHARP LLP**
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Kyle P. Quackenbush (SBN 322401)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
kquackenbush@girardsharp.com

3
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, a true and correct copy of the foregoing document was served by email on counsel for all known parties as follows:

**CERA LLP**
Solomon B. Cera (State Bar No. 099467)
Thomas C. Bright (State Bar No. 169713)
595 Market Street, Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Email: scera@cerallp.com
Email: tbright@cerallp.com

**NEMATZADEH PLLC**
Justin Solomon Nematzadeh (pro hac vice)
101 Avenue of the Americas, 9th Floor
New York, NY 10013
Telephone: (646) 417-8379
Email: jsn@nematlawyers.com

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (pro hac vice forthcoming)
Gregory K. Arenson (pro hac vice forthcoming)
850 Third Avenue, 14th Floor
New York, NY 10022
phone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com

**ANDREW M. PURDY, ATTORNEY AT LAW**
Andrew M. Purdy (SBN 261912)
amp@purdylegal.com
15615 Alton Parkway
Tel: (949) 570-5500
Fax: (949) 298-7234
amp@purdylegal.com

**GIRARD SHARP LLP**
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Kyle P. Quackenbush (SBN 322401)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
kquackenbush@girardsharp.com

**BURNS CHAREST LLP**
Christopher J. Cormier
(Admitted Pro Hac Vice)
Spencer Cox (Admitted Pro Hac Vice)
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002
ccormier@burnscharest
scox@burnscharest

Warren T. Burns (Admitted Pro Hac Vice)
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com

Patrick Murphree (*Pro Hac Vice* to be Filed)
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
Fax: (504) 881-1765
pmurphree@burnscharest.com

*/s/ Spencer Cox*
*Spencer Cox*

4
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED