1 | ANDREW M. PURDY, ATTORNEY AT LAW
2 | Andrew M. Purdy (CA Bar No. 261912)
3 | 15615 Alton Parkway, Suite 450
4 | Irvine, CA 92618
  | Tel: (949) 570-5500
  | Fax: (949) 298-7234
  | amp@purdylegal.com

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE WHEELER HASTINGS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC.; et al.<br><br>Defendants. | Case No. . 3:21-cv-09908-WHA<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Natalie Wheeler Hastings hereby files this Notice of Dismissal of this action, without prejudice.

Dated: March 18, 2022

/s/ Spencer Cox

ANDREW M. PURDY, ATTORNEY AT LAW
Andrew M. Purdy (CA Bar No. 261912)
*amp@purdylegal.com*
15615 Alton Parkway, Suite 450
Irvine, CA 92618
Tel: (949) 570-5500
Fax: (949) 298-7234

BURNS CHAREST LLP
Christopher J. Cormier
(*Pro Hac Vice* to be Filed)
*ccormier@burnscharest.com*
Spencer Cox (appearance *pro hac vice*)
*scox@burnscharest.com*
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
Fax: (469) 444-5002

BURNS CHAREST LLP
Warren T. Burns (appearance *pro hac vice*)
*wburns@burnscharest.com*
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002

BURNS CHAREST LLP
Patrick Murphree (*Pro Hac Vice* to be Filed)
*pmurphree@burnscharest.com*
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Tel: (504) 799-2845
Fax: (504) 881-1765

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that I served the forgoing through the Court's CM/ECF system upon all counsel registered with that same system.

Dated: March 18, 2022

                                                */s/ Spencer Cox*
                                                 Spencer Cox